IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERTO CABRERA, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **And** | § | 4:14-CV-02725 |
| | § | |
| JOSE FRANCISCO ABOYTES-MUÑIS, | § | |
| ANDY MEDINA-CARDENAS, | § | |
| BERNABE BUSTILLO-RIVERA, and | § | |
| ACE AMERICAN INSURANCE | § | |
| COMPANY | § | |
| | § | |
| **Intervenors,** | § | |
| | § | |
| V. | § | |
| | § | |
| KOSAN CRISPLANT A/S d/b/a KOSAN | § | |
| CRISPLANT, KAYA BASKUL d/b/a | § | |
| KAYA, and AMERIGAS PROPANE, | § | |
| L.P. | § | |
| | § | |
| **Defendants.** | § | **JURY TRIAL DEMANDED** |

## PROPOSED ORDER GRANTING ACE AMERICAN INSURANCE COMPANY'S UNOPPOSED RULE 24 MOTION TO INTERVENE

On this day came to be considered ACE AMERICAN INSURANCE COMPANY'S

Unopposed Motion to Intervene, seeking leave to intervene in this action, pursuant to Federal Rule of

Civil Procedure 24. Having carefully reviewed the motion, any response thereto, and the applicable

law, this Court finds that ACE AMERICAN INSURANCE COMPANY shall be permitted to

intervene and its complaint in intervention is accepted as filed in Exhibit 1 to the Motion to

Intervene, per the filed date of the Motion.

Order Granting Motion to Intervene
November 10, 2014
Page **2** of **3**

      **WHEREFORE, PREMISES CONSIDERED**, it is hereby **ORDERED, ADJUDGED** and

**DECREED** that ACE AMERICAN INSURANCE COMPANY'S Unopposed Rule 24 Motion to

Intervene is hereby **GRANTED**.

      **SIGNED** this *13th* day of *November*, 2014

 

 

 

                                                           _____

                                                      **HONORABLE SIM LAKE**
                                                      UNITED STATES DISTRICT JUDGE
                                                      SOUTHERN DISTRICT OF TEXAS

 

 

**APPROVAL REQUESTED:**

 

 

_____                         \_November 10,2014_____

Counsel for Ace American Insurance                       Date
Company