IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERTO CABRERA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| JOSE FRANCISCO ABOYTES-MUNIS § | |
| et al., § | |
| § CIVIL ACTION NO. H-14-2725 | |
| Intervenors § | |
| § | |
| v. § | |
| § | |
| KOSAN CRISPLANT, A/S, D/B/A § | |
| KOSAN CRISPLANT, KAYA BASKUL § | |
| D/B/A KAYA, AND KAYA, and § | |
| AMERIGAS PROPANE, L.P. § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation and the objections filed thereto, the court is of the opinion that the Memorandum and Recommendation should be adopted by this court.

The Memorandum and Recommendation is hereby **ADOPTED** by this court.

SIGNED at Houston, Texas, this 28th day of August, 2015.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE